**No. 60844.**—S. H. Pomerance Co., Inc. *v.* United States, protest 274438–K (New York).

Opinion by JOHNSON, J. In accordance with rule 5 (b) of the rules of this court, as amended, the protest was dismissed for lack of prosecution.